DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.B.**, The Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D22-3160

[June 6, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa Small, Judge; L.T. Case No. 2020DP000561.

Ilene F. Tuckfield of Ilene F. Tuckfield, P.A., Coral Gables, for appellant.

Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Sara Elizabeth Goldfarb and Krystle Celine Cacci of Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***